**FILED**
Aug 15, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MURPHY C. GANT,

    Plaintiff,

  v.

MEGAN J. BRENNAN, POSTMASTER GENERAL,

    Defendant.

Case No. 16-cv-01864-WHO

**ORDER RE SETTLEMENT**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for October 17, 2017 at 3:00 p.m. at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: August 14, 2017

William H. Orrick
United States District Judge